IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

| | | |
|---|---|---|
| JAMES CASSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 5:11-cv-00102 |
| | ) | |
| SCOTT LOWERY LAW OFFICE, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, GARY COZMYK, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,
By:  /s/ Franklin D. Cornette
Franklin D. Cornette, Esq.
Cornette Law, PLLC
PO BOX 967
Weston, WV 26452
Telephone (888) 822-2980
Facsimile (888) 602-6910
franklin@cornettelaw.com
