**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

| | |
|---|---|
| JAMES CASSITY ) | |
| ) | Case No: 5:11-cv-00102-FPS |
| Plaintiff, ) | |
| ) | VOLUNTARY DISMISSAL |
| v. ) | |
| ) | |
| SCOTT LOWERY LAW OFFICE, P.C., ) | |
| ) | |
| Defendant. ) | |

## VOLUNTARY DISMISSAL

JAMES CASSITY (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, SCOTT LOWERY LAW OFFICE, P.C. (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,
By: /s/ Franklin D. Cornette
Franklin D. Cornette, Esq.
Cornette Law, PLLC
PO BOX 967
Weston, WV 26452
Telephone (888) 822-2980
Facsimile (888) 602-6910
franklin@cornettelaw.com